UNITED STATES COURT OF INTERNATIONAL TRADE      FORM  1

| | |
|---|---|
| OUTOKUMPU STAINLESS USA, LLC<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　　　Defendant. | **S U M M O N S**<br><br>Court No.  25-00047 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 2301, 2304 | Center (if known): | Base Metals |
|---|---|---|---|
| Protest Number: | | Date Protest Filed: | See App'x 1 |
| Importer: | Outokumpu Stainless USA, LLC | Date Protest Denied: | See App'x 1 |
| Category of Merchandise: | Cold-rolled, flat-rolled stainless steel | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See App'x 1 | | | | | |
| | | | | | |
| | | | | | |

Deanna Tanner Okun
POLSINELLI PC
1401 I Street, NW, Suite 800
Washington, DC 20005
Tel: 202.626.8329
Email: dtokun@polsinelli.com

**Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney**

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Cold-rolled, flat-rolled stainless steel | 7219.33.0044 7219.34.0025 7220.20.1080 7220.20.7080 (Original COO: FI or IT) | Section 232 tariffs: 25 percent ad valorem | 7219.33.0044 7219.34.0025 7220.20.1080 7220.20.7080 (Correct COO: MX) | Section 232 tariffs: FREE |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Protest claim: Flat-rolled stainless steel products that were cold rolled in Mexico are origin MX pursuant to USMCA marking rules, 19 C.F.R. 102.20(n) Chapter 72 Note, so overpaid section 232 tariffs should be refunded, with interest. Protest denied with the comment "insufficient information provided to change country of origin requested." |

| The issue which was common to all such denied protests: |
|---|
| Country of origin was mis-declared in the original entries based on the documentation for the country of melt-and-pour and origin of the hot-rolled steel, which resulted in the overpayment of section 232 tariffs. Correct COO is Mexico, the country of cold rolling. Accordingly, the section 232 tariffs should be refunded, with interest. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Deanna Tanner Okun
*Signature of Plaintiff's Attorney*

February 20, 2025
*Date*

## SCHEDULE OF PROTESTS

Base Metals
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| See App'x 1 | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)