UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: UNASSIGNED

| | |
|---|---|
| OUTOKUMPU STAINLESS USA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 25-00047 |

## COMPLAINT

Plaintiff, OUTOKUMPU STAINLESS USA, LLC ("Plaintiff" or "Outokumpu"), by and through its attorneys, Polsinelli PC, for its complaint against the United States, hereby alleges as follows:

## JURISDICTION

1. The Court's jurisdiction is invoked pursuant to 28 U.S.C. § 1581(a).

2. This action has been timely filed within the time limits prescribed by 28 U.S.C. § 2636(a)(1) and all liquidated duties, taxes, and fees have been paid.

3. On May 28, 2024 through June 4, 2024, through its customs broker, Parker & Company, 4694 Jaime J. Zapata Ave., Brownsville, TX 78521 ("Parker"), timely filed 173 protests ("Summer 2024 Protests") with U.S. Customs and Border Protection ("CBP") at the Ports of Laredo, Texas (Port 2304) and Brownsville, Texas (Port 2301) to correct the country of origin ("COO") of said entries (see Summons App'x 1) pursuant to the rules of origin applicable for marking purposes of imported goods under the Agreement Between the United States of America, the United Mexican States, and Canada ("USMCA"). 19

C.F.R. § 102. *See also Agreement Between the United States of America, the United Mexican States, and Canada (USMCA) Implementing Regulations Related to the Marking Rules, Tariff-Rate Quotas, and Other USMCA Provisions*, 86 Fed. Reg. 35566, 35566 (July 6, 2021). ("USMCA marking rules") and request a refund of Section 232 tariffs paid erroneously as a result of the original mis-designation of origin. *Proclamation 9894 of May 19, 2019: Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 23987 (May 23, 2019). On September 3, 2024, CBP denied Outokumpu's Summer 2024 Protests on the basis of "insufficient information provided to change country of origin requested."

4. On November 19, 2024 through December 3, 2024, through its customs broker, Parker, timely filed 112 protests with CBP at the Ports of Laredo, Texas (Port 2304) and Brownsville, Texas (Port 2301) to correct the COO of said entries (see Summons App'x 1) pursuant to the USMCA marking rules, 19 C.F.R. § 102, and request a refund of Section 232 tariffs paid erroneously as a result of the original mis-designation of origin. *Id.* On January 2, 2025, CBP denied Outokumpu's Fall 2024 Protests on the basis of "insufficient information provided to change country of origin requested."

5. The Court's jurisdiction over all or part of the subject matter of this action is based upon Plaintiff's challenge to CBP's decision to deny the protests to correct the COO of the subject entries and refund the associated Section 232 duties paid in error.

## PARTIES

6. Plaintiff is a Delaware limited liability company and the importer of record of the subject merchandise.

7. Defendant, United States, is the proper party for decisions taken by CBP, a constituent agency of the U.S. Department of Homeland Security.

## STANDING

8. Plaintiff is the real party-in-interest in this action and on that basis has standing to bring this action.

9. Plaintiff's claims constitute a protest of a final decision by CBP pursuant to 19 U.S.C. § 1514(a).

10. Plaintiff's protests were timely filed within the deadlines set forth in the underlying statute, 19 U.S.C. § 1514(c).

11. Plaintiff's claims are timely filed and within the statutory remit of the underlying statute, 28 U.S.C. § 2636(a), which provides for judicial review of protests denied by CBP.

## FACTUAL BACKGROUND

12. On April 20, 2023 through December 29, 2023, Outokumpu entered for consumption 285 entries of cold-rolled, flat-rolled stainless steel product under the Harmonized Tariff Schedule of the United States ("HTSUS") classifications 7219.33.0044, 7219.34.0025, 7220.20.1080, and 7220.20.7080.  All entries occurred at the Ports of Laredo, Texas (Port 2304) or Brownsville, Texas (Port 2301).

13. Pursuant to 19 C.F.R. § 141, the entry summaries included documentation that demonstrated that the subject cold-rolled, flat-rolled stainless steel product was originally melted and poured in Europe and later was cold-rolled and finished at Outokumpu's Mexinox facility in San Luis, Potosí, Mexico prior to importation into the United States.

14. Outokumpu inadvertently declared the country of melt and pour as the COO of the cold-rolled, flat-rolled stainless steel plate upon importation and entry into the U.S., rather than the proper COO, Mexico.

15. Outokumpu timely paid all duties and fees, including Section 232 tariffs, that accrued to the entries as a result of the mis-designation of origin.

16. The USMCA marking rules specific to stainless steel provide that flat-rolled stainless steel that is cold-rolled in a USMCA signatory country becomes COO of the country where the cold rolling occurred. 19 C.F.R. §102.20(n) Chapter 72 Note; *see also Agreement Between the United States of America, the United Mexican States, and Canada (USMCA) Implementing Regulations Related to the Marking Rules, Tariff-Rate Quotas, and Other USMCA Provisions*, 86 Fed. Reg. 35566, 35566 (July 6, 2021).

17. On May 19, 2019, the President announced that steel products of Mexico entered for consumption after 12:01 a.m. eastern daylight time on May 20, 2019 would not be subject to section 232 tariffs. *Proclamation 9894 of May 19, 2019: Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 23987 (May 23, 2019).

18. Upon discovering the mis-designation of origin error, on May 28, 2024 through June 4, 2024, Outokumpu, through its customs broker, Parker, filed 173 protests ("Summer 2024 Protests") to correct the COO of a subset of the 285 entries with mis-designated origin and request a refund of the associated section 232 tariffs.

19. On June 13, 2024, the United States, through CBP Supervisory Import Specialist Matteo Rubino, requested confirmation of the processing that Outokumpu performed on the subject stainless steel products in Mexico and also requested the text of the USMCA marking rules (erroneously referred to as "Chapter Note 72 of the HTS by CBP) that

formed the basis of the corrected COO in the protests. On July 25, 2024, the United States, though CBP Import Specialist William Mende, requested additional details regarding Outokumpu's production process and flat-rolled steel processing generally.

20. On June 13, 2024, Outokumpu, through its customs broker, Parker, provided details regarding the USMCA marking rules that provide that cold rolling flat-rolled stainless steel in a USMCA country confers origin. On August 6, 2024, Outokumpu, through Parker, provided mill certificates showing that the subject flat-rolled stainless steel product was melted and poured and hot rolled in Finland and cold rolled in Mexico. On September 6, 2024, Outokumpu, through Parker, provided additional information responsive to CBP Import Specialist Mende's inquiries regarding the basics of steel processing and reiterated the processing performed in Mexico that was previously provided to CBP in both graphical and narrative format.

21. On September 3, 2024, CBP denied Outokumpu's Summer 2024 Protests based on "insufficient information provided to change country of origin requested."

22. On November 19, 2024 through December 3, 2024, Outokumpu, through its customs broker, Parker, filed 112 protests ("Fall 2024 Protests") to correct the COO of a subset of the 285 entries with mis-designated origin and request a refund of the associated section 232 tariffs. The cold-rolled, flat-rolled stainless steel products subject to the Fall 2024 Protests underwent the same cold rolling process in Mexico as the material in the entries subject to the Summer 2024 Protests and the same USMCA marking rules supported Outokumpu's correction of the COO to Mexico. The United States, through CBP, did not reach out to Outokumpu with any questions or to request additional information about Outokumpu's cold rolling process in Mexico.

23. On January 2, 2025 CBP denied Outokumpu's Fall 2024 Protests based on "insufficient information provided to change country of origin requested."

## COUNT I

### Summer 2024 Protests

24. Plaintiff repeats and incorporates paragraphs 1-23 by reference.

25. Although Plaintiff's Summer 2024 Protests provided sufficient evidence to substantiate its corrected designation of COO Mexico for the cold-rolled, flat-rolled stainless steel product in the subject entries, on September 3, 2024, CBP denied Outokumpu's protests.

26. Because CBP denied Outokumpu's Summer 2024 Protests in direct contravention of the USMCA marking rules set forth in 19 U.S.C. § 102.20(n), this Court should order CBP to reliquidate the subject entries and issue a refund of all excess duties and tariffs paid, with interest, as provided by law.

## COUNT II

### Fall 2024 Protests

27. Plaintiff repeats and incorporates paragraphs 1-23 by reference.

28. Although Plaintiff's Fall 2024 Protests provided sufficient evidence to substantiate its corrected designation of COO Mexico for the cold-rolled, flat-rolled stainless steel product in the subject entries, on January 2, 2025, CBP denied Outokumpu's protests.

29. Because CBP denied Outokumpu's Fall 2024 Protests in direct contravention of the USMCA marking rules set forth in 19 U.S.C. § 102.20(n), this Court should order CBP to

reliquidate the subject entries and issue a refund of all excess duties and tariffs paid, with interest, as provided by law.

## **RELIEF**

30. Wherefore, the Plaintiff respectfully requests that this Court:

    a. Enter judgment in its favor sustaining its claims herein;

    b. Order a reliquidation of the entries subject to the Summer 2024 Protests and Fall 2024 Protests (see Summons App'x 1);

    c. Order a refund of all excess duties and Section 232 tariffs paid, with interest, as provided by law; and

    d. Award costs, attorneys' fees, and other such relief as the court deems equitable and just.

Respectfully submitted,

*/s/ Deanna Tanner Okun*
Deanna Tanner Okun
Lauren E. Peterson
Lydia C. Pardini
Alissa M. Chase
Joonho Hwang

POLSINELLI PC
1401 I Street NW
Suite 800
Washington, DC 20005
Tel: 202.783.3300
Email: dtokun@polsinelli.com

Dated: February 20, 2025                              *Counsel for Outokumpu Stainless USA, LLC*