UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| OUTOKUMPU STAINLESS USA, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | **Court No. 25–00047**<br><br>**Non-Confidential Version** |

### STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.　The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, taxes, and fees have been paid prior to the filing of the summons.

2.　The imported merchandise covered by the entries set forth on Schedules A.1 (Port of Entry: Brownsville, TX) and A.2 (Port of Entry: Laredo, TX), attached, consists of cold-rolled, flat-rolled stainless steel product that was originally melted and poured in Europe and later cold-rolled and finished at Plaintiff Outokumpu Stainless USA, LLC's ("Outokumpu") Mexinox facility in San Luis, Potosí, Mexico prior to importation into the United States.

3.　The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as cold-rolled, flat-rolled stainless steel under the Harmonized Tariff Schedule of the United States ("HTSUS") subheadings 7219.33.0044, 7219.34.0025, 7220.20.1080, and

7220.20.7080, subject to a Column 1 General duty rate of "FREE," and assessed with duties at the rate of 25 percent *ad valorem* pursuant to section 232 of the Trade Expansion Act of 1962.

4. Because the country of origin of the stipulable imported merchandise is Mexico, and it entered the United States during the period from April 20 through December 29, 2023, the stipulable imported merchandise was not subject to section 232 duties pursuant to *Proclamation 9894 of May 19, 2019: Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 23987 (May 23, 2019).

5. The imported merchandise, covered by the entries set forth on the attached Schedules A.1 and A.2, is stipulable in accordance with this agreement.

6. The refunds payable by reason of this judgment are to be paid with interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Deanna Tanner Okun*
Deanna Tanner Okun
Lauren E. Peterson
Lydia C. Pardini
Jane C. Dempsey
Alissa M. Chase
Joonho Hwang

POLSINELLI PC
1401 I Street NW
Suite 800
Washington, DC 20005
Tel: 202.783.3300
Email: dtokun@polsinelli.com
*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller      2/2/26
JUSTIN R. MILLER
Attorney In Charge
International Trade Field Office

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230
*Attorneys for the United States*

IT IS HEREBY ORDERED that this action is decided, and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Hon. Mark A. Barnett, Chief Judge

Date: _____

# Entire Schedules Not Susceptible to Public Summarization